**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

COBY PEARCE                                                                              PLAINTIFF

v.                                          No. 4:12CV00651 JLH

FRAC TECH SERVICES, LLC                                                      DEFENDANT

**ORDER**

Pursuant to the stipulation of the parties, this action is hereby dismissed with prejudice.

Document #24.

IT IS SO ORDERED this 18th day of December, 2014.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE